IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 17-1678

MELIH TAN and PAMELA TAN,

      Plaintiffs,

v.

DETCO, INC.; RINO SUPPLY COMPANY, INC.; GARY WEST; JARED PENMAN; FIREHOUSE ORGANICS CENTRAL, LLC; FIREHOUSE ORGANICS NORTH, LLC; and FIREHOUSE ORGANICS SOUTH, LLC,

      Defendants.
_____/

## NOTICE OF APPEARANCE, NOTICE OF ACCEPTANCE OF SERVICE, and EMAIL DESIGNATIONS

**TO THE CLERK AND ALL INTERESTED PARTIES:** please take notice that Christopher B. Hopkins, Esquire, and the law firm of MCDONALD HOPKINS LLC, 505 South Flagler Dr., Suite #300, West Palm Beach, FL 33401, hereby file their appearance and notice of acceptance of service of Petitioner's/Plaintiff's pleadings on behalf of Defendants, FIREHOUSE ORGANICS CENTRAL, LLC and FIREHOUSE ORGANICS NORTH, LLC, and request that he hereinafter be served, by and through undersigned counsel, with copies of all pleadings, notice, motions, orders and other documents filed or served in these proceedings.

The following email addresses are designated for purposes of service of all orders, pleadings, notices, motions, orders and other documents filed or served in this matter:

{6904467:}

*Tan v. Detco, Inc. et. al*
CASE NO.: 17-1678
Page 2 of 2

**Primary:**

Christopher B. Hopkins, Esq.        chopkins@mcdonaldhopkins.com

**Secondary:**

Debra D. Dominguez        ddominguez@mcdonaldhopkins.com


Dated:  August 9, 2017.        Respectfully submitted,

**MCDONALD HOPKINS, LLC**
*Attorneys for Defendants Detco, Inc., Rino Supply, Inc., Gary West, Jared Penman, Firehouse Organics Central, LLC and Firehouse Organics North, LLC*


/s/  Christopher B. Hopkins

Christopher B. Hopkins, Esq.
Florida Bar No. 116122
Email: chopkins@mcdonaldhopkins.com
505 S. Flagler Drive, Suite 300
West Palm Beach, FL  33401
Tel: (561) 472-2121
Fax: (561) 472-2122


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel of record by CM/ECF this 9th day of August, 2017.

/s/ *Christopher B. Hopkins*
Christopher B. Hopkins, Esq.

{6904467:}