IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 17-1678

MELIH TAN and PAMELA TAN,

      Plaintiffs,

v.

DETCO, INC.; RINO SUPPLY COMPANY, INC.;
GARY WEST; JARED PENMAN; FIREHOUSE
ORGANICS CENTRAL, LLC; FIREHOUSE
ORGANICS NORTH, LLC; and FIREHOUSE
ORGANICS SOUTH, LLC,

      Defendants.

_____/

### NOTICE OF PLAINTIFFS' AGREEMENT TO GRANT DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

**TO THE CLERK AND ALL INTERESTED PARTIES:** please take notice that

Plaintiffs, MELIH TAN and PAMELA TAN, have granted Defendants, DETCO, INC.; RINO

SUPPLY COMPANY, INC.; GARY WEST; JARED PENMAN; FIREHOUSE ORGANICS

CENTRAL, LLC; and FIREHOUSE ORGANICS NORTH, LLC an extension of time to respond

to the Complaint up to and including **August 18, 2017**.


[Remainder of this page was intentionally left blank]

{6915916:}

*Tan v. Detco, Inc. et. al*
CASE NO.: 17-1678
Page 2 of 2

Dated:  August 9, 2017.

Respectfully submitted,

**MCDONALD HOPKINS, LLC**
*Attorneys for Defendants Detco, Inc., Rino Supply, Inc., Gary West, Jared Penman, Firehouse Organics Central, LLC and Firehouse Organics North, LLC*


*/s/  Christopher B. Hopkins*
Christopher B. Hopkins, Esq.
Florida Bar No. 116122
Email: chopkins@mcdonaldhopkins.com
505 S. Flagler Drive, Suite 300
West Palm Beach, FL  33401
Tel: (561) 472-2121
Fax: (561) 472-2122


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

counsel of record by CM/ECF this 9th day of August, 2017.

/s/ *Christopher B. Hopkins*
Christopher B. Hopkins, Esq.

{6915916:}