AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| MELIH TAN and PAMELA TAN<br><br>*Plaintiff(s)*<br><br>v.<br><br>DET-CO, INC., RINO SUPPLY CO, INC., GARY WEST, JARED PENMAN, FIREHOUSE ORGANICS CENTRAL, LLC, FIREHOUSE ORGANICS NORTH, LLC, and FIREHOUSE ORGANICS SOUTH, LLC<br><br>*Defendant(s)* | Civil Action No. 17-1678 -NYW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Firehouse Organics North, LLC
c/o Kenneth Morris
Registered Agent
1285 Yellow Pine Ave
Boulder, CO 80304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Francis B. Majorie
The Majorie Firm, Ltd.
4901 Lyndon B. Johnson Fwy
Fourth Floor
Dallas, TX 75244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEFFREY P. COLWELL
*CLERK OF COURT*

Date: 7/17/17

s/N. Marble, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-01678-NYW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Firehouse Organics North, LLC</u> was received by me on *(date)* <u>Jul 19, 2017, 11:55 am.</u>

- ☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on *(name of individual)* <u>KENNETH MORRIS, REGISTERED AGENT</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Firehouse Organics North, LLC</u> on *(date)* <u>Fri, Jul 21 2017 at 3:32pm</u> ; or

- ☐ I returned the summons unexecuted because: _____ ; or

- ☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___ .

I declare under penalty of perjury that this information is true.

Date: July 24, 2017

*Connor Sanders* (signature)

*Server's signature*

Connor Sanders, Private Process Server

*Printed name and title*

8480 East Orchard Road, Suite 5700, Greenwood Village, CO 80111

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 21, 2017, 3:32 pm MDT at Company: 1285 Yellow Pine Avenue, Boulder, CO 80304 received by KENNETH MORRIS, REGISTERED AGENT. Age: 60's; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'10"; Hair: White;