AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| MELIH TAN and PAMELA TAN<br><br>*Plaintiff(s)*<br>v.<br>DET-CO, INC., RINO SUPPLY CO, INC., GARY WEST, JARED PENMAN, FIREHOUSE ORGANICS CENTRAL, LLC, FIREHOUSE ORGANICS NORTH, LLC, and FIREHOUSE ORGANICS SOUTH, LLC<br><br>*Defendant(s)* | Civil Action No. 17-1678-NYW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rino Supply Co, Inc.
c/o Lawrence Gustafson
Registered Agent
905 S Cherry St
Suite 300
Denver, CO 80246

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Francis B. Majorie
The Majorie Firm, Ltd.
4901 Lyndon B. Johnson Fwy
Fourth Floor
Dallas, TX 75244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEFFREY P. COLWELL
*CLERK OF COURT*

Date: 7/17/17

s/N. Marble, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-01678-NYW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rino Supply Co., Inc.</u> was received by me on *(date)* <u>Jul 19, 2017, 11:55 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Lawrence Gustafson, Registered Agent</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rino Supply Co., Inc.</u> on *(date)* <u>Thu, Jul 20 2017 at 2:06pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____.

I declare under penalty of perjury that this information is true.

Date: July 24, 2017

_____
Server's signature

Charles Steffens, Private Process Server
*Printed name and title*

8480 East Orchard Road, Suite 5700, Greenwood Village, CO 80111-5028
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 20, 2017, 2:06 pm MDT at Baum & Gustafson, PC: 950 South Cherry Street, Suite 300, Denver, CO 80246 received by Lawrence Gustafson. Age: 60's; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'; Hair: Gray; wearing glasses
Relationship: Registered Agent;