IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:17-cv-1678

MELIH TAN and PAMELA TAN,

    Plaintiffs,

v.

DETCO, INC.; RINO SUPPLY COMPANY, INC.; GARY WEST; JARED PENMAN; FIREHOUSE ORGANICS CENTRAL, LLC; FIREHOUSE ORGANICS NORTH, LLC; and FIREHOUSE ORGANICS SOUTH, LLC,

    Defendants.
_____/

**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD PURSUANT TO D.C. COLORADO L. CIV. R. 6.1(a)**

**TO THE CLERK AND ALL INTERESTED PARTIES:** The parties hereby jointly stipulate that Defendants, DETCO, INC.; RINO SUPPLY COMPANY, INC.; GARY WEST; JARED PENMAN; FIREHOUSE ORGANICS CENTRAL, LLC; and FIREHOUSE ORGANICS NORTH, LLC, shall have up to and including **August 18, 2017**, to answer, move or otherwise plead in response to Plaintiffs, MELIH TAN and PAMELA TAN's Complaint [D.E. 1].

[The remainder of this page has intentionally been left blank]

*Melih Tan, et al. v. Detco, Inc. et. al*
CASE NO.: 1:17-cv-1678

Dated:  August 10, 2017.

Respectfully submitted,

| /s/ Christopher B. Hopkins | /s/ Francis B. Majorie |
|---|---|
| Christopher B. Hopkins | Francis B. Majorie |
| Florida Bar No. 116122 | Texas Bar No. 12851420 |
| McDonald Hopkins LLC | The Majorie Firm Ltd. |
| 505 S. Flagler Drive, Ste. 300 | 4901 LBJ Freeway, Fourth Floor |
| West Palm Beach, FL 33401 | Dallas, TX 75244 |
| Tel. (561) 472-2121 | Tel. (214) 306-8107 |
| Fax: (561) 472-2122 | Email: fbmajorie@themajoriefirm.com |
| Email: chopkins@mcdonaldhopkins.com | *Attorneys for Plaintiffs Melih Tan and Pamela Tan* |
| Email: ddominguez@mcdonaldhopkins.com | |
| *Attorneys for Defendants DETCO, Inc.; Rino Supply Company, Inc.; Gary West; Jared Penman; Firehouse Organics Central, LLC; and Firehouse Organics North, LLC.* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF this 10th day of August, 2017 to all those identified in the attached Service List.

/s/ *Christopher B. Hopkins*
Christopher B. Hopkins

## SERVICE LIST

Francis B. Majorie
The Majorie Firm Ltd.
4901 LBJ Freeway, Fourth Floor
Dallas, TX 75244
Tel. (214) 306-8107
Email: fbmajorie@themajoriefirm.com
*Attorneys for Plaintiffs Melih Tan and Pamela Tan*