IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:17-cv-1678

MELIH TAN and PAMELA TAN,

    Plaintiffs,

v.

DET-CO, INC., *et al*.

    Defendants.
_____/

**UNOPPOSED DEFENDANTS' MOTION FOR EXTENSION OF TIME TO HOLD PRE-SCHEDULING CONFERENCE AND TO SUBMIT PROPOSED SCHEDULING ORDER**

    Defendants, DET-CO, INC., RINO SUPPLY CO, INC., GARY WEST, JARED PENMAN, FIREHOUSE ORGANICS CENTRAL, LLC, and FIREHOUSE ORGANICS NORTH, LLC (collectively, "**Defendants**"), through undersigned counsel, respectfully move the Court to extend the deadline to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C. Colo. L. Civ. R. 16.1 and 26.1(a) (the "**Pre-Scheduling Conference**") up to and including **September 5, 2017** and to submit the proposed Scheduling Order to the Court by or before **September 11, 2017**. In support thereof, Defendants state as follows:

    1.    In its July 24, 2017 Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form [D.E. 18], the Court ordered the parties, *inter alia*, to (a) hold the Pre-Scheduling Conference by or before August 24, 2017, and (b) submit the proposed Scheduling Order by September 7, 2017.

{6937501:}

*Melih Tan, et al. v. Det-CO, Inc. et. al*
CASE NO.: 1:17-cv-1678

2. The undersigned, who is lead counsel for Defendants, is currently in Syracuse, New York, where he is accompanying his son, who will be starting college there, and will not return until August 30, 2017.

3. Accordingly, Defendants and the undersigned request a brief extension of time to hold the Pre-Scheduling Conference, up to and including **September 5, 2017**, and to submit the proposed Scheduling Order to the Court by or before **September 11, 2017**.

4. **D.C. Colo. L. Civ. R. 7.1(a) Certification: The undersigned conferred with counsel for Plaintiffs regarding the relief requested herein, and counsel for Plaintiffs does not oppose the relief requested.**

5. This request is being made in good faith, and not to cause delay.

WHEREFORE, Defendants, DET-CO, INC., RINO SUPPLY CO, INC., GARY WEST, JARED PENMAN, FIREHOUSE ORGANICS CENTRAL, LLC and FIREHOUSE ORGANICS NORTH, LLC respectfully request that the Court grant the parties an extension of time to hold the Pre-Scheduling Conference, up to and including **September 5, 2017**, and to submit the proposed Scheduling Order to the Court by or before **September 11, 2017**, and for any additional relief that the Court deems just and proper.

Dated: August 23, 2017.

*Melih Tan, et al. v. Det-CO, Inc. et. al*
CASE NO.: 1:17-cv-1678

Respectfully submitted,

**MCDONALD HOPKINS, LLC**
*Attorneys for Defendants, Det-CO, Inc., Rino Supply Co, Inc., Gary West, Jared Penman, Firehouse Organics Central, LLC and Firehouse Organics North, LLC*

/s/ *Christopher B. Hopkins*
Christopher B. Hopkins, Esq.
Florida Bar No. 116122
Email: chopkins@mcdonaldhopkins.com
505 S. Flagler Drive, Suite 300
West Palm Beach, FL  33401
Tel: (561) 472-2121
Fax: (561) 472-2122

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF this **23rd day of August, 2017** to all those identified in the attached Service List.

/s/ *Christopher B. Hopkins*
Christopher B. Hopkins

## SERVICE LIST

Francis B. Majorie
The Majorie Firm Ltd.
4901 LBJ Freeway, Fourth Floor
Dallas, TX 75244
Tel. (214) 306-8107
Email: fbmajorie@themajoriefirm.com
*Attorneys for Plaintiffs Melih Tan and Pamela Tan*