IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:17-cv-1678

MELIH TAN and PAMELA TAN,

      Plaintiffs,

v.

DET-CO, INC., *et al*.

      Defendants.

_____/

## DEFENDANTS' UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO HOLD PRE-SCHEDULING CONFERENCE AND TO SUBMIT PROPOSED SCHEDULING ORDER

1.      Defendants, DET-CO, INC., RINO SUPPLY CO, INC., GARY WEST, JARED PENMAN, FIREHOUSE ORGANICS CENTRAL, LLC, and FIREHOUSE ORGANICS NORTH, LLC (collectively, "**Defendants**"), through undersigned counsel, respectfully move the Court for an order (1) that the September 11, 2017 date for the Parties to submit a Scheduling Order be adjourned, (2) that the pre-scheduling and planning conference currently set for **September 14, 2017** be adjourned, and (3) that the Parties be given until September 21, 2017 to mutually contact the Court to set new dates for the submission of the Scheduling Order and the pre-scheduling and planning conference. In support thereof, Defendants state as follows:

2.      In its July 24, 2017 Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form [D.E. 18], the Court ordered the parties, int*er alia*, to (a) hold the Pre-Scheduling Conference by or before August 24, 2017, and (b) submit the proposed Scheduling Order by September 7, 2017.

3.      Subsequently, Defendants filed a Motion for Extension of Time To Hold Pre-Scheduling Conference And To Submit Proposed Scheduling Order [D.E. 28].   The Court granted Defendants' Motion, permitting Defendants to submit the proposed Scheduling Order by September 11, 2017 [D.E. 29].

4.      Counsel for Plaintiff and Defendants held discussions regarding the proposed scheduling conference and exchanged an initial draft of the proposed Scheduling Order the day before undersigned counsel's offices were closed due to Hurricane Irma.

5.      The Parties are presently set for a pre-scheduling and planning conference with the Court on September 14, 2017 [D.E. 29].

6.      Counsel for the Defendants' office is located in West Palm Beach, Florida.

7.      In anticipation of Hurricane Irma's landfall, counsel for the Defendants and his firm's entire office has evacuated West Palm Beach.   The office buildings are also closed and inaccessible.   It is not likely that counsel for Defendants will be able to return to West Palm Beach until the week of September 11, 2017, and it is not known what state the area will be in after Hurricane Irma's landfall.

8.      During and for days after the hurricane, it is expected that the area will be recovering from damage; lack power and utilities; experience gas shortages; and have limited communications.

9.      Undersigned counsel and his family (including an elderly parent with Alzheimer's disease) have evacuated Florida.   This Motion is being filed with assistance from undersigned counsel's offices outside of Florida.

10.     As a consequence, counsel for the Defendants is unable to attend the September 14, 2017 pre-scheduling and planning conference.

*Melih Tan, et al. v. Det-CO, Inc. et. al*
CASE NO.: 1:17-cv-1678

11.     Accordingly, and as a result of the unknown amount of damage that may be caused by Hurricane Irma, Defendants and the undersigned request (1) that the September 11, 2017 date for the Parties to submit a Scheduling Order be adjourned, (2) that the pre-scheduling and planning conference currently set for **September 14, 2017** be adjourned,  and (3) that the Parties be given until **September 21, 2017** to mutually contact the Court to set new dates for the submission of the Scheduling Order and the pre-scheduling and planning conference.

12.     **D.C. Colo. L. Civ. R. 7.1(a) Certification: The undersigned's partner in Michigan conferred with counsel for Plaintiffs regarding the relief requested herein, and counsel for Plaintiffs does not oppose the relief requested.**

13.     This request is being made in good faith, and not to cause delay.

14.     WHEREFORE, Defendants, DET-CO, INC., RINO SUPPLY CO, INC., GARY WEST, JARED PENMAN, FIREHOUSE ORGANICS CENTRAL, LLC and FIREHOUSE ORGANICS NORTH, LLC respectfully request that the Court grant Defendants' request (1) that the September 11, 2017 date for the Parties to submit a Scheduling Order be adjourned, (2) that the pre-scheduling and planning conference currently set for **September 14, 2017** be adjourned, and (3) that the Parties be given until **September 21, 2017** to mutually contact the Court to set new dates for the submission of the Scheduling Order and the pre-scheduling and planning conference, and for any additional relief that the Court deems just and proper.

Dated:  September 8, 2017.

Respectfully submitted,

**MCDONALD HOPKINS, LLC**
*Attorneys for Defendants, Det-CO, Inc., Rino Supply Co, Inc., Gary West, Jared Penman, Firehouse Organics Central, LLC and Firehouse Organics North, LLC*

*Melih Tan, et al. v. Det-CO, Inc. et. al*
CASE NO.: 1:17-cv-1678

/s/ *Christopher B. Hopkins*
Christopher B. Hopkins, Esq.
Florida Bar No. 116122
Email: chopkins@mcdonaldhopkins.com
505 S. Flagler Drive, Suite 300
West Palm Beach, FL  33401
Tel: (561) 472-2121
Fax: (561) 472-2122

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

CM/ECF this 8th **day of September, 2017** to all those identified in the attached Service List.

/s/ *Christopher B. Hopkins*
Christopher B. Hopkins

## SERVICE LIST

Francis B. Majorie
The Majorie Firm Ltd.
4901 LBJ Freeway, Fourth Floor
Dallas, TX 75244
Tel. (214) 306-8107
Email: fbmajorie@themajoriefirm.com
*Attorneys for Plaintiffs Melih Tan and Pamela Tan*