IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-1678

MELIH TAN and PAMELA TAN,

        Plaintiffs,

v.

DET-CO, INC., RINO SUPPLY CO, INC.,
GARY WEST, JARED PENMAN,
FIREHOUSE ORGANICS CENTRAL, LLC,
FIREHOUSE ORGANICS NORTH, LLC,
AND FIREHOUSE ORGANICS SOUTH, LLC,

        Defendants.
_____/

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
MOTION TO DISMISS PURSUANT TO D.C. COLORADO L. CIV. R. 6.1(a)**

**TO THE CLERK AND ALL INTERESTED PARTIES:** The parties hereby jointly stipulate that Plaintiffs, MELIH TAN and PAMELA TAN, shall have up to and including **September 28, 2017** to respond to Defendants, DETCO, INC.; RINO SUPPLY COMPANY, INC.; GARY WEST; JARED PENMAN; FIREHOUSE ORGANICS CENTRAL, LLC; and FIREHOUSE ORGANICS NORTH, LLC's Motion To Dismiss For Failure To State A Claim [D.E. 27].

///

///

///

///

///

Dated: September 21, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Francis B. Majorie | /s/ Christopher B. Hopkins |
| Francis B. Majorie | Christopher B. Hopkins |
| Texas Bar No. 12851420 | Florida Bar No. 116122 |
| The Majorie Firm, Ltd. | McDonald Hopkins, LLC |
| 4901 LBJ Freeway, Fourth Floor | 505 S. Flagler Drive, Ste. 300 |
| Dallas, TX 75244 | West Palm Beach, FL 33401 |
| Tel. (214) 306-8107 | Tel. (561) 472-2121 |
| Fax. (214) 522-7911 | Fax. (561) 472-2122 |
| Email: fbmajorie@themajoriefirm.com | Email: chopkins@mcdonaldhopkins.com |
| *Attorneys for Plaintiffs Melih Tan and Pamela Tan* | Email: ddominguez@mcdonaldhopkins.com |
| | *Attorneys for Defendants DETCO, Inc.; Rino Supply Company, Inc.; Gary West; Jared Penman; Firehouse Organics Central, LLC; and Firehouse Organics North, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that a true and correct copy of the foregoing has been furnished by CM/ECF this 21st day of September, 2017 to all those identified in the attached Service List.

/s/ Francis B. Majorie
Francis B. Majorie

## SERVICE LIST

Christopher B. Hopkins
McDonald Hopkins, LLC
505 S. Flagler Drive, Ste. 300
West Palm Beach, FL 33401
Tel. (561) 472-2121
Fax. (561) 472-2122
Email: chopkins@mcdonaldhopkins.com
*Attorneys for Defendants DETCO, Inc.; Rino Supply Company, Inc.; Gary West; Jared Penman; Firehouse Organics Central, LLC; and Firehouse Organics North, LLC*