IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-1678

MELIH TAN and PAMELA TAN,

    Plaintiffs,

v.

DET-CO, INC., RINO SUPPLY CO, INC.,
GARY WEST, JARED PENMAN,
FIREHOUSE ORGANICS CENTRAL, LLC,
FIREHOUSE ORGANICS NORTH, LLC,
AND FIREHOUSE ORGANICS SOUTH, LLC,

    Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    PLEASE TAKE NOTICE that the address of the undersigned's law firm has changed to:

Francis B. Majorie
The Majorie Firm, Ltd.
1450 Cottonwood Valley Court
Irving, Texas 75038
Tel. (214) 306-8107 (dd)
Fax. (214) 522-7911
Email: fbmajorie@themajoriefirm.com

    All hard copies of future pleadings, memoranda, correspondence, orders, etc., shall be sent to that address.

///

///

///

///

///

Dated: September 28, 2017

                                        Respectfully submitted,

                                        /s/ Francis B. Majorie_____
                                        Francis B. Majorie
                                        Texas Bar No. 12851420
                                        The Majorie Firm, Ltd.
                                        1450 Cottonwood Valley Court
                                        Irving,  TX 75038
                                        Tel. (214) 306-8107 (dd)
                                        Fax. (214) 522-7911
                                        Email: fbmajorie@themajoriefirm.com
                                        *Attorneys for Plaintiffs Melih Tan and Pamela Tan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that a true and correct copy of the foregoing has been furnished by CM/ECF this 28th day of September, 2017 to all those identified in the attached Service List.

                                        /s/ Francis B. Majorie_____
                                        Francis B. Majorie

## SERVICE LIST

Christopher B. Hopkins
McDonald Hopkins, LLC
505 S. Flagler Drive, Ste. 300
West Palm Beach, FL 33401
Tel. (561) 472-2121
Fax. (561) 472-2122
Email: chopkins@mcdonaldhopkins.com
*Attorneys for Defendants DETCO, Inc.; Rino Supply Company, Inc.; Gary West; Jared Penman; Firehouse Organics Central, LLC; and Firehouse Organics North, LLC*