# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01678-NYW

MELIH TAN and PAMELA TAN,

    Plaintiff(s),

v.

DETCO INC.; RINO SUPPLY COMPANY, INC; GARY WEST; JARED PENMAN; FIREHOUSE ORGANICS CENTRAL, LLC; FIREHOUSE ORGANICS NORTH, LLC; and FIREHOUSE ORGANICS SOUTH, LLC,

    Defendant(s).

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

FIREHOUSE ORGANICS SOUTH, LLC.

    DATED at Denver, Colorado this 4TH day of October, 2017.

    Alexa D. Tetzlaff
    Tetzlaff Law Offices, LLC
    3200 E. Cherry Creek South Dr., Suite 200
    Denver, CO  80209
    312-574-1000
    atetzlaff@tetzlafflegal.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

chopkins@mcdonaldhopkins.com

fbmajorie@themajoriefirm.com

*s/    Alexa Tetzlaff*