AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

MELIH TAN and PAMELA TAN

*Plaintiff(s)*

v.

DET-CO, INC., RINO SUPPLY CO, INC., GARY WEST, JARED PENMAN, FIREHOUSE ORGANICS CENTRAL, LLC, FIREHOUSE ORGANICS NORTH, LLC, and FIREHOUSE ORGANICS SOUTH, LLC

*Defendant(s)*

Civil Action No. 17-1678 -NYW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Firehouse Organics South, LLC
c/o Michael Leibowitz
Registered Agent
3267 Newton St
Denver, CO 80211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Francis B. Majorie
The Majorie Firm, Ltd.
4901 Lyndon B. Johnson Fwy
Fourth Floor
Dallas, TX 75244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEFFREY P. COLWELL
*CLERK OF COURT*

Date: 7/17/17

s/N. Marble, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-01678-NYW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons In A Civil Action; Complaint And Jury Demand; Civil Cover Sheet with Attachment 1; Consent/Non-Consent Form Pursuant To D.C.COLO.LCivR 40.1(c) - Direct Assignment To Magistrate Judges; and Consent/Non-Consent Form for *(name of individual and title, if any)* Firehouse Organics South, LLC was received by me on *(date)* July 19, 2017 at 11:55 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the Summons In A Civil Action; Complaint And Jury Demand; Civil Cover Sheet with Attachment 1; Consent/Non-Consent Form Pursuant To D.C.COLO.LCivR 40.1(c) - Direct Assignment To Magistrate Judges; and Consent/Non-Consent Form on *(name of individual)* Raven Guillmette, Corporate Secretary/Manager, who is designated by law to accept service of process on behalf of *(name of organization)* Firehouse Organics South, LLC on *(date)* Friday, September 29, 2017 at 12:39 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: October 4, 2017

*Patrick A* (signature)

*Server's signature*

Patrick Aragon III - Private Process Server

*Printed name and title*

8480 E. Orchard Road, Suite 5700, Greenwood Village, CO 80111

*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: September 29, 2017 at 12:39 pm MDT at: 3111 West 38th Avenue, Denver, CO 80211 received by Raven Guillmette, Corporate Secretary/Manager to Firehouse Organics South, LLC. Age: 30's; Ethnicity: African American; Gender: Female; Weight: 130; Height: 5'8"; Hair: Black