IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

---

Civil Action:     17-cv-01678-NYW       Date:    October 5, 2017
Courtroom Deputy:  Brandy Wilkins       FTR:    NYW COURTROOM C-204*

---

| *Parties* | *Counsel* |
|---|---|
| MELIH TAN,<br>PAMELA TAN, | *Francis B. Majorie* |
| **Plaintiffs,** | |
| v. | |
| DET-CO, INC.,<br>RINO SUPPLY CO, INC.,<br>GARY WEST,<br>JARED PENMAN,<br>FIREHOUSE ORGANICS CENTRAL, LLC,<br>FIREHOUSE ORGANICS NORTH, LLC,<br>FIREHOUSE ORGANICS SOUTH, LLC, | *Christopher Benton Hopkins*<br>*Alexa D. Tetzlaff* |
| **Defendants.** | |

---

### COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**

Court in Session:  2:31 p.m.

Appearance of counsel.

Parties discuss if Firehouse Organics South, LLC and counsel had an opportunity to review the proposed Scheduling Order filed in this case. Ms. Tetzlaff indicates that they were able to review and plan to file are response by October 20, 2017, and request the schedule to consider resolution of the response.

If parties wish to stay the case, they will need to file a formal motion request such.

**ORDERED: A motion to stay, if any, shall be filed on or before October 16, 2017.**

Parties discuss converting this Scheduling Conference to a Status Conference.

**ORDERED: Today's Scheduling Conference is converted to a Status Conference.**

Parties discuss if there is a jurisdictional issue.

Discussion held regarding if parties wish to have oral argument on the motion to dismiss. Parties do not think they will need oral argument. Once the briefing is completed, the court will issue an order if oral argument would be helpful.

A further Scheduling Conference is set for December 7, 2017, at 9:00 a.m. before Magistrate Judge Nina Y. Wang in Courtroom C-204. The parties shall electronically file their proposed Scheduling Order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Wang_Chambers@cod.uscourts.gov, seven days prior to the conference.

Parties discuss options for mediation including the process for court sponsored mediation.

Court in Recess:  2:44 p.m.          Hearing concluded.          Total time in Court:  00:13

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.