# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01678-NYW

MELIH TAN and PAMELA TAN,

    Plaintiffs,

v.

DET-CO, INC.,
RINO SUPPLY CO, INC.,
GARY WEST,
JARED PENMAN,
FIREHOUSE ORGANICS CENTRAL, LLC,
FIREHOUSE ORGANICS NORTH, LLC, and
FIREHOUSE ORGANICS SOUTH, LLC,

    Defendants.

## MINUTE ORDER

Magistrate Judge Nina Y. Wang

    This matter is before the court *sua sponte* on the issue of consent of the Parties. Upon review of the docket after the Status Conference before the court on October 5, 2017, the court determined that no Consent/Non-Consent Form has been filed by Defendant Firehouse Organics South, LLC. ("Firehouse South"). The Consent/Non-Consent Form to Magistrate Judge Jurisdiction and the Order of Reference from the Honorable Marcia S. Krieger were filed and entered, respectively, prior to the appearance of Firehouse South. *Compare* [#30, #31] *with* [#43, #44]. Accordingly, it is unclear whether this Magistrate Judge may proceed as the presiding judge in this matter.

    Therefore, **IT IS ORDERED** that:

    (1)    The Parties will file an Amended Consent/Non-Consent Form no later than **October 11, 2017**, reflecting whether all Parties consent or do not consent to the jurisdiction of a magistrate judge.

DATED: October 6, 2017