IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:17-CV-1678

MELIH TAN and PAMELA TAN,

    Plaintiffs,

v.

DET-CO, INC., *et al*.,

    Defendants.

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs MELIH TAN and PAMELA TAN, by and through their undersigned counsel, voluntary dismiss FIREHOUSE ORGANICS SOUTH, LLC without prejudice.

Dated: October 19, 2017

    MELIH TAN and PAMELA TAN

By: */s/*
    Francis B. Majorie

Francis B. Majorie
The Majorie Firm, Ltd
1450 Cottonwood Valley Court
Irving, TX 75038
fbmajorie@themajoriefirm.com

## CERTIFICATE OF SERVICE

I, Francis B. Majorie, certify that on October 19, 2017, the forgoing **NOTICE OF DISMISSAL** was served on all CM/ECF registrants of record in this action using the CM/ECF system and by electronic mail, as follows:

Theodore R. Tetzlaff
Alexa D. Tetzlaff
Tetzlaff Law Offices, LLC
227 West Monroe Street, Suite 3650
Chicago, Illinois 60606
ttetzlaff@tetzlafflegal.com
atetzlaff@tetzlafflegal.com

Christopher Benton Hopkins
McDonald Hopkins LLC-West Palm Beach
505 South Flagler Drive
3rd Floor
West Palm Beach, FL 33401
chopkins@mcdonaldhopkins.com

By:   */s/*                  
     Francis B. Majorie